# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
October 6, 2014

In re:

    Remgrit Realty, Inc.
    Employer Tax–Identification No (EIN): 57–0851124

Debtor(s)

Case Number: 14–51542 ahws
Chapter: 11

## ORDER FOR PAYMENT OF FEDERAL TAXES

In addition to any provision of the Bankruptcy Code, Bankruptcy Rules and Orders made affecting the operations of the debtor in possession,

IT IS ORDERED THAT:

1. The debtor in possession and its agents and officers are hereby directed and required to segregate and hold separate and apart from all other funds, all monies deducted and withheld from employees or collected from others for taxes under any law of the United States, during the pendancy of this case and to forthwith deposit the amounts so withheld or collected for the payment of Federal Tax liabilities as more specifically set forth below.

2. All Federal Income taxes required to be withheld and all Social Security taxes required to be contributed or deducted as hereinabove stated, shall be remitted by the debtor in possession together with a Federal Tax Deposit Form to the debtor in possession's bank of deposit, not later than the end of the second business day next succeeding the day upon which taxes were required to be deducted or withheld.

3. All Federal excise taxes listed on Quarterly Federal Excise Tax Return Form 720 which the debtor in possession is required to collect or for which liability is incurred shall be deposited in a segregated tax account (hereinafter the "Tax Account") on or before the end of the calendar week next succeeding the week during which such amounts are required to be collected or liability for them is incurred, and all such excise tax funds on deposit at the end of said second calendar week, which represents amounts collected or incurred during the proceeding calendar week, shall forthwith be remitted by the debtor in possession to its bank of deposit, together with the Federal Tax Deposit Form for said amount.

4. The debtor in possession shall, after making any remittances to a depository for Federal Taxes, furnish the appropriate District Director of Internal Revenue with evidence that he has made the same, by forwarding forthwith a copy of the Federal Tax Deposit Form to said District Director of Internal Revenue, for the attention of the Special Procedures Staff.

5. Each verified operating report which the debtor in possession is required to file with the Court shall state the amounts and dates of payments transmitted by Federal Tax Deposit Forms, and, if applicable, a copy of such report shall be transmitted promptly to the creditor's committee, if any, or its duly authorized representative.

6. The debtor in possession or his legal representative shall immediately transmit by mail one copy of this order to the appropriate District Director of Internal Revenue, for the attention of the Special Procedures Staff. Proof of such service should be forthwith filed with this Court.

    7.  The provisions of the foregoing paragraphs shall be effective as of the date the debtor filed the petition in this case, or, if applicable, the date this case was converted to one under Chapter 11, and the debtor in possession is hereby directed to immediately comply with such provisions.

Dated: October 6, 2014                                                      BY THE COURT

                                                                              Alan H.W. Shiff
                                                                              United States Bankruptcy Judge

| | |
|---|---|
| United States Bankruptcy Court | Tel. (203) 579–5808 |
| District of Connecticut | VCIS* (866) 222–8029 |
| 915 Lafayette Boulevard | * Voice Case Information System |
| Bridgeport, CT 06604 | http://www.ctb.uscourts.gov |
| | Form 106 – msj |