# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
October 6, 2014

In re:

    Remgrit Realty, Inc.
    Employer Tax−Identification No (EIN): 57−0851124
                                Debtor(s)

Case Number: 14−51542 ahws
Chapter: 11

**ORDER FOR PAYMENT OF STATE TAXES**

       In addition to any provision of the Bankruptcy Code, Bankruptcy Rules and Orders made affecting the operation of the debtor in possession,

IT IS ORDERED THAT:

   1.   The debtor in possession and its agents and officers are hereby directed and required to hold separate and apart from all other funds, all monies collected from others for taxes under Chapters 214, 219, 221 and 225 of the Connecticut General Statutes, and all contributions payable to the Unemployment Compensation Fund under Chapter 567 of the Connecticut General Statutes during the pendency of this case and to forthwith deposit the amounts so collected or so payable in a separate tax account (hereinafter the "Tax Account").  Such amounts shall be used and disbursed only for the particular purposes for which they are set aside or as more specifically set forth below.

   2.  All  state taxes which the debtor in possession is required to collect from others shall be deposited in the Tax Account on or before the Monday following the week during which such amounts are required to be collected; and all such tax funds on deposit on the fifteenth day of any calendar month attributable to amounts required to be collected during the preceding calendar month shall forthwith be remitted by the debtor in possession, along with the tax return for such preceding calendar month, to the Department of Revenue Services, Collections & Enforcement Division, 25 Sigourney Street, Hartford, Connecticut 06106, for the attention of the Supervisor, Bankruptcy Unit, together with the State Tax Payment Form for said amount.  Upon request, the debtor in possession shall furnish evidence that deposits are being made to the Tax Account.

   3.  All contributions which the debtor in possession is required to pay shall be deposited in the Tax Account on or before two business days following the date with respect to which they are payable, and all such funds on deposit on the fifteenth day of any calendar month attributable to employment during the proceeding calendar month shall forthwith be remitted by the debtor in possession to the Labor Department Employment Security Division, 200 Folly Brook Boulevard, Wethersfield, Connecticut 06109, for the attention of the Supervisor, Delinquent Accounts Unit, together with the State Employment Compensation Payment Form for said amount.  Upon request, the debtor in possession shall furnish evidence that deposits are being made to the Tax Account.

   4.  Each verified operating report which the debtor in possession is required to file with the Court shall state the amounts and dates of the payment transmitted by State Tax Payment Forms and State Unemployment Compensation Payment Forms.  A copy of such report shall be transmitted promptly to the Department of Revenue Services, and to the Labor Department, to each as addressed in paragraph 3, above, and, to the Creditor's Committee, if any, or its duly−authorized representative.

   5.  The debtor in possession or its legal representative shall immediately transmit by mail one copy of this order to the Department of Revenue Services, and to the Labor Department to each as addressed in paragraph 3, above.  Proof of such service shall be forthwith filed with this Court.

    6.   The provisions of the foregoing shall be effective as of the date the debtor filed the petition in this case and the debtor in possession is hereby directed to immediately comply with such provisions.

Dated: October 6, 2014                                                          BY THE COURT

*[signature]*

Alan H.W. Shiff
United States Bankruptcy Judge

United States Bankruptcy Court                     Tel. (203) 579–5808
District of Connecticut                                      VCIS* (866) 222–8029
915 Lafayette Boulevard                                 * Voice Case Information System
Bridgeport, CT 06604                                      http://www.ctb.uscourts.gov
                                                                         Form 105 – msj